E-FILED
Thursday, 24 August, 2017  02:18:05 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| ALEIGHA WOODS, individually and on behalf of the Rule 23 Class and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CLUB CABARET, INC., and JOSEPH MILLER, in his individual capacity <br><br> Defendants. | Case No. 1:15-cv-01213-JEH <br><br> **ORDER** |

This matter came before the Court on the parties' Joint Motion for Final Settlement Approval. Based on the memoranda, exhibits, all the files and proceedings here, and after conducting a hearing on August 24, 2017, the Court makes the following:

### ORDER

1. The Parties' Joint Motion for Approval of FLSA Settlement is **GRANTED**;

2. The Parties' Settlement Agreement is approved as a fair, reasonable, and adequate resolution of a bona fide dispute;

3. The two objections to the proposed settlement are **OVERRULED** for the reasons stated on the record at the hearing;

4. The Parties' proposed settlement terms and distribution of payment set forth in the Settlement Agreement is **APPROVED**;

5. Plaintiffs' Counsel's request for fees in the amount of $250,000.00 is **GRANTED**;

5 Plaintiffs' Counsel's request for reimbursement of out-of-pocket litigation costs in the amount of $29,258.28 is **GRANTED**;

6. The FLSA and Rule 23 claims of responsive FLSA Opt-Ins are **DISMISSED, WITH PREJUDICE**;

7.      The FLSA claims of the non-responsive FLSA Opt-In are **DISMISSED WITHOUT PREJUDICE**. The Rule 23 claims of the non-responsive FLSA Opt-In are **DISMISSED WITH PREJUDICE**;

8.      The Rule 23 claims of the responsive and non-responsive Rule 23 Claimants are **DISMISSED WITH PREJUDICE**; and

9.      The FLSA and Rule 23 claims of the Ineligible Entertainers are **DISMISSED WITHOUT PREJUDICE**.


**SO ORDERED** this 24rd day of August, 2017.

s/Jonathan E. Hawley
Honorable Jonathan E. Hawley
UNITED STATES MAGISTRATE JUDGE
